IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED S          DICT COURT
CL         COLORADO

JUN 12 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00886-BNB

PAUL E. WIILLIAMS,

        Plaintiff,

v.

JAMIE DOE,
DENVER POLICE DEPARTMENT, and
OFFICER OF DISTRICT SIX,

        Defendants.

---

## ORDER OF DISMISSAL

---

        Plaintiff, Paul E. Williams, currently is incarcerated at the Charles B. Bass

Correctional Complex in Nashville, Tennessee. He initiated this action by submitting to

the Court *pro se* documents titled "Uniform Civil Affidavit of Indigency" and "Complaint

for Violation of Civil Rights Under 42 U.S.C. § 1983." The Court reviewed the

documents and determined they were deficient. Therefore, in an order filed on April 29,

2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a

civil action and directed Mr. Williams to cure certain deficiencies in the case within thirty

days if he wished to pursue his claims.

        The April 29, 2008, order pointed out that Mr. Williams failed to submit on the

proper, Court-approved forms a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The April 29 order also

pointed out that the names in the caption to the complaint did not match the names in

the text and that the complaint submitted failed to provide an address for the named Defendant. The order warned Mr. Williams that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice.

On May 14, 2008, Mr. Williams submitted on the proper, Court-approved forms a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. He also submitted a document titled "Inmate Affidavit Pursuant to T.C.A. § 41-21-801 *et seq.*" However, he failed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the complaint. He also failed to provide addresses for each named Defendant.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The April 29, 2008, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. The "Six Month Transaction Statement" on page two of the "Inmate Affidavit Pursuant to T.C.A. § 41-21-801 *et seq*" and the April 11, 2008, list of "Trust Fund Transactions" attached to the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 do not fulfill this requirement. The Court requires an account statement, certified by the appropriate prison official, showing all credits, debits, and balances for the six-month period immediately preceding the filing of the complaint. By failing to submit a copy of a trust fund account statement certified by the appropriate prison official and showing all

2

credits, debits, and balances for the six-month period immediately preceding the filing of the complaint, Mr. Williams has failed to cure all the deficiencies listed in the April 29 order within the time allowed. The Prisoner Complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the "Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983," the Prisoner Complaint, and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied.

DATED at Denver, Colorado, this _12_ day of _____June_____, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00886-BNB

Paul E. Williams
Prisoner No. 323685
Guild 10-3-A
7177 Cockrill Bend Blvd.
Nashville, TN 37209


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _____

GREGORY C. LANGHAM, CLERK


By:_____
    Deputy Clerk